■ In the Matter of MIGUEL JEFFREY, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [916 NYS2d 548]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered September 29, 2010) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEQUANA M. WHITE, Appellant. (Appeal No. 1.) [916 NYS2d 548]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, J.), rendered July 20, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree and manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSSES CAMACCHO, Appellant. [915 NYS2d 883]—Appeal from a new sentence of the Monroe County Court (John J. Connell, J.), rendered October 26, 2007 imposed upon defendant's conviction of criminal possession of a controlled substance in the second degree and criminal sale of a controlled substance in the second degree. Defendant was resentenced pursuant to the 2005 Drug Law Reform Act upon his 2004 conviction.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.